

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant's motion to transfer these appeals to another court of appeals is DENIED. The court takes no action on appellant's motion to recuse and disqualify the 198th District Court.

It is so **ORDERED** on August 6, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court